FILED:  January 27, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-1074

———————————

BRIAN H. MCLANE,

        Petitioner – Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE,

        Respondent – Appellee.

-------------------------------

AMERICAN COLLEGE OF TAX COUNSEL; TAX FREEDOM INSTITUTE, INC.,

        Amici Supporting Appellant.

———————————

O R D E R

———————————

The Court amends its opinion filed on January 25, 2022, as follows:

In the last line of the opinion on page 7,  the words "district court" are changed to "Tax Court."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk